TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (Cal. Bar No. 254904)
Assistant United States Attorney
     Federal Building, Suite 7211
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-6551
     Facsimile: (213) 894-0115
     E-mail: andrew.t.pribe@usdoj.gov

Attorneys for Petitioner
United States of America

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN Q. RODGERS,<br><br>    Respondent. | No. 2:22-cv-3805 PA (SKx)<br><br>ORDER TO SHOW CAUSE |

    Upon the petition and supporting memorandum of points and authorities, and the supporting declaration to the petition, the Court finds that Petitioner has established its prima facie case for judicial enforcement of the subject Internal Revenue Service administrative summons. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's prima facie case is

typically made through the sworn declaration of the IRS agent who issued the summons); accord, United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).

THEREFORE, IT IS ORDERED that Respondent appear before this District Court of the United States for the Central District of California in Courtroom No. 9A, United States Courthouse, 350 W. 1st Street, Los Angeles, California 90012 on July 25, 2022, at 1:30 p.m. and show cause why the testimony and production of books, papers, records and other data demanded in the subject Internal Revenue Service administrative summons should not be compelled.

IT IS FURTHER ORDERED that copies of this order and the petition, memorandum of points and authorities, and accompanying declaration be served no later than June 23, 2022 upon Respondent by any employee of the Internal Revenue Service or by the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.  Petitioner shall file a proof of service within seven days of the date of this Order.

IT IS FURTHER ORDERED that within fourteen (14) days after service upon Respondents of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions.  If, prior to the return date of this order, Respondent files a response with the Court stating that Respondent do not desire to oppose the relief sought in the petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this order to show cause is excused, and Respondent shall be deemed to have complied with the requirements of this order.  Petitioner shall file its reply, if any, within seven days of receipt of Respondent's response.

IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this order.  Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be

considered by the Court. All allegations in the petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

       IT IS SO ORDERED.

DATED: June 15, 2022

                                                PERCY ANDERSON
                                    UNITED STATES DISTRICT JUDGE