E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
     Federal Building, Suite 7211
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-6551
     Facsimile: (213) 894-0115
     E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cv-3805 PA(SKx) |
| Petitioner, | |
| | Order Dismissing the Case |
| v. | |
| JOHN Q. RODGERS, | |
| Respondent. | |

1 | Based on the stipulation of the United States of America, Petitioner,
2 | and John Q. Rodgers, Respondent, it is ordered that:
3 |     1.    The case is dismissed.
4 |     IT IS SO ORDERED.
5 | DATED: October 26, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE